■ DAVID CROSBY et al., Respondents, v RAM FOREST PRODUCTS, INC., Appellant. (Appeal No. 2.) [668 NYS2d 115] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.